# EXHIBIT 3



SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

+1 212 839 7361
JBADKE@SIDLEY.COM

AMERICA • ASIA PACIFIC • EUROPE

May 24, 2021

APExBIO Technology LLC
c/o Carol Lee, Registered Agent
7505 Fannin Street, Suite 410
Houston, TX 77054
info@apexbt.com
**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

Re:     Second Notice of Infringement of Illumina U.S. Patent No. 10,184,122

To whom it may concern:

We write to follow up on our prior letter dated January 12, 2021, advising you of APExBIO Technology LLC's ("APExBIO") infringement of Illumina, Inc.'s ("Illumina"), U.S. Patent No. 10,184,122 ("Illumina Patent"). We enclose a copy of the January 12 letter and its attachments, which were sent to you by email to info@apexbt.com on January 12 and by FedEx, signed for and accepted at your front desk on January 13. Despite over four months having passed since your receipt of our last letter, we have heard nothing from APExBIO.

Our January 12 letter explained that APExBIO appears to be infringing the Illumina Patent by making, using, selling and/or offering for sale, as well as instructing APExBIO customers to use the Tn5 DNA Library Prep Kit for Illumina (for 50 ng DNA), now known as the "GenuinePrep" DNA Library Prep Kit, available for sale on APExBIO's website at https://www.apexbt.com/tn5-dna-library-prep-kit-for-illumina-for-50-ng-dna.html under catalog number K1057. Our January 12 letter enclosed a claim chart comparing at least one claim of the Illumina Patent to the Product Manual for the Library Prep Kit.

Despite the serious allegations in our January 12 letter, APExBIO has continued its infringing activity and has failed to send any response to our letter. Instead, APExBIO has changed the name of its product to "GenuinePrep." This strongly suggests that APExBIO has no intention of voluntarily respecting Illumina's patent rights and instead is attempting to conceal its infringement. If we do not receive a response to this letter by **June 4, 2021**, Illumina will take appropriate action.

Nothing contained in this communication is intended to be, nor shall it be construed to be, a waiver of any rights, remedies, claims or defenses, at law or in equity, all of which are expressly reserved.

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Page 2

                                                Very truly yours,

                                                Bradford J. Badke

Encl.

APExBIO makes the GenuinePrep [Tn5] DNA Library Prep Kit for Illumina (for 50 ng DNA), including components for 24 rxns and 96 rxns, that is offered to U.S. customers as "an optimized genomic library construction kit for the Illumina high-throughput sequencing platform, which is suitable for the amount of 50 ng input DNA." *See* https://www.apexbt.com/downloader/document/K1057/Protocol.pdf; *see also* https://www.apexbt.com/tn5-dna-library-prep-kit-for-illumina-for-50-ng-dna.html (under "Description").

| U.S Patent No. 10,184,122 | Infringement |
|---|---|
| 1. A method for preparing a library of nucleic acid fragments representative of a target nucleic acid comprising: | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit to prepare a library of nucleic acid fragments representative of a target nucleic acid such as DNA for sequencing. For example, its product literature states that the "Tn5 DNA Library Prep Kit for Illumina (for 50 ng DNA) is an optimized genomic library construction kit for the Illumina high-throughput sequencing platform, which is suitable for the amount of 50 ng input DNA." (APExBIO Tn5 DNA Library Prep Kit manual, at 1.) |
| (a) contacting a target nucleic acid with a plurality of transposomes, wherein the target nucleic acid is double-stranded DNA, and the transposomes comprise a transposase and a pair of transposon end polynucleotides; | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit to contact a target nucleic acid, such as double stranded DNA, with a plurality of transposomes, which comprise transposase and a pair of transposon end polynucleotides (Adapters 1 and 2 in the exemplary disclosure below). For example, its product literature states: "Traditional library construction generally includes multi-step operations such as DNA fragmentation, end repair and linker ligation, while our kit adopts Tn5 transposase method which can be completed in one-step reaction." (APExBIO Tn5 DNA Library Prep Kit manual, at 1.) |

| U.S Patent No. 10,184,122 | Infringement |
|---|---|
| | The product literature further explains: "Transposase Mix contains Tn5 transposase and two kinds of adapters (Adapter 1 and Adapter 2) with equal molar." (*Id.* at 2.) <br><br> *Tagment Enzyme Mix* — *Adapter 1*, *Adapter 2*, *Genomic DNA* <br><br> (*Id.*) <br><br> Adapters 1 and 2 are transposon end polynucleotides according to the above diagram and the below library sequence: <br><br> 2. Library Structure <br><br> 5'-AATGATACGGCGACCACCGAGATCTACAC(i5)TCGTCGGCAGCGTCAGATGTGTATAAGAGACA <br><br> G-XXXXXX-CTGTCTCTTATACACATCTCCGAGCCCACGAGAC(i7)ATCTCGTATGCCGTCTTCTGCTTG-3' <br><br> (i5): Index 2, 8 bases     (i7): Index 1, 8 bases <br><br> -XXXXXX-: Insert Sequence <br><br> (*Id.*) |
| (b) incubating the target nucleic acid and transposomes under conditions whereby the target nucleic acid is fragmented into a plurality of nucleic acid fragments comprising one of the | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit to incubate the target nucleic acid and transposomes under conditions whereby the target nucleic acid is fragmented into a plurality of nucleic acid fragments comprising one of the transposon end polynucleotides attached to an end of the nucleic acid fragment. For example, its product literature states: "DNA fragmentation and end-linking |

4

| U.S Patent No. 10,184,122 | Infringement |
|---|---|
| transposon end polynucleotides attached to an end of the nucleic acid fragments; and | were performed by incubating Transposase Mix with input DNA at 55°C for 10 min.." (APExBIO Tn5 DNA Library Prep Kit manual, at 2.)<br><br>The fragmentation of the target nucleic into fragments comprising transposon end polynucleotides attached to an end of the nucleic acid fragments is also illustrated in the diagram below:<br><br>*[Diagram showing Tagment Enzyme Mix with Adapter 1 and Adapter 2, Genomic DNA, and Tagmentation of input DNA]*<br><br>(*Id.*.)<br><br>The product literature also describes "DNA Tagmentation" steps as follows:<br><br>1. Thaw the 2X Tagmentation Buffer completely at room temperature and vortex to mix thoroughly (if it is precipitated, it can be heated at 37°C to help dissolve).<br><br>2. Place the sterilized PCR tube on ice and prepare the reaction system according to the following table:<br><br>| Components | Volume |
|---|---|
| 2X Tagmentation Buffer | 10 μl |
| Transposase Mix | 5 μl |
| 50 ng DNA | X μl | |

5

| **U.S Patent No. 10,184,122** | **Infringement** |
|---|---|
| | <table><tr><td>Nuclease-free Water</td><td>X µl</td></tr><tr><td>Total Volume</td><td>20 µl</td></tr></table> 3. Use a pipette to gently blow until Mix thoroughly. The tube can be centrifuged instantaneously.<br><br>4. Put the reaction tube into a thermal cycler (choose the preheat lid option and set to 105□C), and run the following program:<br><br>- 55°C for 10 minutes<br>- Hold at 10°C<br><br>5. Proceed to the next step immediately.<br><br>(*Id.* at 3.) |
| (c) non-selectively amplifying the nucleic acid fragments, thereby obtaining a library of nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated. | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit to non-selectively amplify the nucleic acid fragments, thereby obtaining a library of target nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated. For example, its product literature states that: "The tagged fragments can be further amplified with two pairs of primers, N5 (N5XX) and N7 (N7XX) and P5 and P7 (PCR Primer Mix) and the amplified product is subjected to size selection and purification to obtain the DNA library for sequencing on the Illumina platform." (APExBIO Tn5 DNA Library Prep Kit manual, at 2.)<br><br>The step of non-selectively amplifying the nucleic acid fragments, thereby obtaining a library of target nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated is also shown in the diagram below: |

| U.S Patent No. 10,184,122 | Infringement |
|---|---|
| | <br>Fig1. Overview of the Workflow<br><br>(*Id.*) |