# EXHIBIT 4

APExBIO makes the Tn5 DNA Library Prep Kit for Illumina (for 1 ng, 5 ng, and 50 ng DNA), including components for 24 rxns and 96 rxns, that is offered to U.S. customers as "an optimized genomic library construction kit for the Illumina high-throughput sequencing platform, which is suitable for the amount of 50 ng input DNA." *See* https://www.apexbt.com/downloader/document/K1057/Protocol.pdf ("K1057 Protocol" for 50 ng DNA); *see also* https://www.apexbt.com/downloader/document/K1055/Protocol.pdf ("K1055 Protocol" for 1 ng DNA); https://www.apexbt.com/downloader/document/K1056/Protocol.pdf ("K1056 Protocol" for 5 ng DNA).

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| 1. A method for preparing a library of nucleic acid fragments representative of a target nucleic acid comprising: | **APExBIO**<br>Achieve Perfection, Explore the Unknown<br><br>Protocol<br>Cat. No. K1057<br><br>**Tn5 DNA Library Prep Kit for Illumina (for 50 ng DNA)**<br><br>APExBIO instructs customers to use the Tn5 DNA Library Prep Kit for Illumina (for 1 ng, 5 ng, and 50 ng DNA) to prepare a library of nucleic acid fragments representative of a target nucleic acid such as DNA for sequencing. For example, its product literature states that the "Tn5 DNA Library Prep Kit for Illumina (for 50 ng DNA) is an optimized genomic library construction kit for the Illumina high-throughput sequencing platform, which is suitable for the amount of 50 ng input DNA." (K1057 Protocol at 1; *see also* K1055 Protocol at 1; K1056 Protocol at 1.) |
| (a) contacting a target nucleic acid with a plurality of transposomes, wherein the target nucleic acid is double-stranded DNA, and the transposomes comprise a transposase and a pair of transposon end polynucleotides; | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit for Illumina (for 1 ng, 5 ng, and 50 ng DNA) to contact a target nucleic acid, such as double stranded DNA, with a plurality of transposomes, which comprise transposase and a pair of transposon end polynucleotides (Adapters 1 and 2 in the exemplary disclosure below). For example, its product literature states: "Traditional library construction generally includes multi-step operations such as DNA fragmentation, end repair and linker ligation, while our kit adopts Tn5 transposase method which can be completed in one-step reaction." (K1057 Protocol at 1; *see also* K1055 Protocol at 1; K1056 Protocol at 1.) |

1

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
|  | The product literature further explains: "Transposase Mix contains Tn5 transposase and two kinds of adapters (Adapter 1 and Adapter 2) with equal molar." (K1057 Protocol at 2; *see also* K1055 Protocol at 2; K1056 Protocol at 2.)<br><br>[Diagram showing Tagment Enzyme Mix with Adapter 1 and Adapter 2 combining with Genomic DNA]<br><br>(K1057 Protocol at 2; *see also* K1055 Protocol at 2; K1056 Protocol at 2.)<br><br>Adapters 1 and 2 are transposon end polynucleotides according to the above diagram and the below library sequence:<br><br>2. Library Structure<br><br>5'-AATGATACGGCGACCACCGAGATCTACAC(i5)TCGTCGGCAGCGTCAGATGTGTATAAGAGACA<br><br>G-XXXXXX-CTGTCTCTTATACACATCTCCGAGCCCACGAGAC(i7)ATCTCGTATGCCGTCTTCTGCTTG-3'<br><br>(i5): Index 2, 8 bases    (i7): Index 1, 8 bases<br><br>-XXXXXX-: Insert Sequence<br><br>(K1057 Protocol at 2; *see also* K1055 Protocol at 2; K1056 Protocol at 2.) |
| (b) incubating the target nucleic acid and transposomes under conditions whereby the target nucleic acid is fragmented into a plurality of nucleic acid fragments comprising one of the | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit for Illumina (for 1 ng, 5 ng, and 50 ng DNA) to incubate the target nucleic acid and transposomes under conditions whereby the target nucleic acid is fragmented into a plurality of nucleic acid fragments comprising one of the transposon end polynucleotides attached to an end of the nucleic acid fragment. For example, its product |

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| transposon end polynucleotides attached to an end of the nucleic acid fragments; and | literature states: "DNA fragmentation and end-linking were performed by incubating Transposase Mix with input DNA at 55°C for 10 min." (K1057 Protocol at 2; *see also* K1055 Protocol at 2; K1056 Protocol at 2.)<br><br>The fragmentation of the target nucleic acid into fragments comprising transposon end polynucleotides attached to an end of the nucleic acid fragments is also illustrated in the diagram below:<br><br>[Diagram showing Tagment Enzyme Mix with Adapter 1 and Adapter 2 combining with Genomic DNA, leading to Tagmentation of input DNA]<br><br>(K1057 Protocol at 2; *see also* K1055 Protocol at 2; K1056 Protocol at 2.)<br><br>The product literature also describes "DNA Tagmentation" steps as follows:<br><br>    1. Thaw the 2X Tagmentation Buffer completely at room temperature and vortex to mix thoroughly (if it is precipitated, it can be heated at 37°C to help dissolve).<br><br>    2. Place the sterilized PCR tube on ice and prepare the reaction system according to the following table:<br><br><table><tr><th>Components</th><th>Volume</th></tr><tr><td>2X Tagmentation Buffer</td><td>10 µl</td></tr><tr><td>Transposase Mix</td><td>5 µl</td></tr></table> |

3

| **U.S. Patent No. 10,184,122** | **Infringement** |
|---|---|
| | <table><tr><td>1 ng/5 ng/50 ng DNA</td><td>X µl</td></tr><tr><td>Nuclease-free Water</td><td>X µl</td></tr><tr><td>Total Volume</td><td>20 µl</td></tr></table> 3. Use a pipette to gently blow until Mix thoroughly. The tube can be centrifuged instantaneously.<br><br>4. Put the reaction tube into a thermal cycler (choose the preheat lid option and set to 105°C), and run the following program:<br><br>• 55°C for 10 minutes<br>• Hold at 10°C<br><br>5. Proceed to the next step immediately (50 ng DNA) / Immediately add 5 µl of 5X Stop Solution into the PCR tube after the reaction is completed, gently blow until thoroughly mixed, incubate at room temperature for 5 min and proceed to the next step immediately (1 ng and 5 ng DNA).<br><br>(K1057 Protocol at 3; *see also* K1055 Protocol at 3; K1056 Protocol at 3.) |
| (c) non-selectively amplifying the nucleic acid fragments, thereby obtaining a library of nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated. | APExBIO instructs customers to use the Tn5 DNA Library Prep Kit for Illumina (for 1 ng, 5 ng, and 50 ng DNA) to non-selectively amplify the nucleic acid fragments, thereby obtaining a library of target nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated. For example, its product literature states that: "The tagged fragments can be further amplified with two pairs of primers, N5 (N5XX) and N7 (N7XX) and P5 and P7 (PCR Primer Mix) and the amplified product is subjected to size selection and purification to obtain the DNA library for sequencing on the Illumina platform." (K1057 Protocol at 2); "The tagged fragments can be further amplified with N5 (N5XX) and N7 (N7XX), and the amplified product is subjected to size selection and purification to obtain the DNA library for sequencing on the Illumina platform." (K1055 Protocol at 2; K1056 Protocol at 2.)<br><br>The step of non-selectively amplifying the nucleic acid fragments, thereby obtaining a library of target nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated is also shown in the diagram below: |

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| | <br>Fig1. Overview of the Workflow<br><br>(K1057 Protocol at 2; *see also* K1055 Protocol at 2; K1056 Protocol at 2.) |