# EXHIBIT 6

APExBIO makes the One-step DNA Library Prep Kit for Illumina (for 1 ng, 5 ng, and 50 ng DNA), including components for 24 rxns and 96 rxns, that is offered to U.S. customers as "an optimized genomic library construction kit for the Illumina high-throughput sequencing platform, which is suitable for the amount of [1 ng, 5 ng, or 50 ng] input DNA." *See* https://www.apexbt.com/downloader/document/K1255/Protocol.pdf ("K1255 Protocol" for 1 ng DNA) at 1; *see also* https://www.apexbt.com/downloader/document/K1256/Protocol.pdf ("K1256 Protocol" for 5 ng DNA) at 1; https://www.apexbt.com/downloader/document/K1257/Protocol.pdf ("K1257 Protocol" for 50 ng DNA) at 1.

APExBIO instructs customers to use the One-step DNA Library Prep Kit for Illumina (1 ng, 5 ng, and 50 ng DNA) in combination with Index Kits 1 and 2 for Illumina, which Index Kits are also made and sold by APExBIO.  The K1257 Protocol instructs U.S. customers to use Index Kit 1 for Illumina or Index Kit 2 for Illumina for PCR Enrichment. *See, e.g.*, K1255 Protocol at 4; K1256 Protocol at 5; K1257 Protocol at 6. The Index Kits are advertised to U.S. customers as "a dedicated primer kit for One-step DNA Library Prep Kit for Illumina (K1255, K1256, K1257)." *See* https://www.apexbt.com/downloader/document/K1058/Protocol.pdf ("K1058 Protocol") at 1; https://www.apexbt.com/downloader/document/K1059/Protocol.pdf ("K1059 Protocol").

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| 1. A method for preparing a library of nucleic acid fragments representative of a target nucleic acid comprising: | **One-step DNA Library Prep Kit for Illumina (for 50 ng DNA)**<br><br>APExBIO instructs customers to use the One-step DNA Library Prep Kit for Illumina (1 ng, 5 ng, and 50 ng DNA) to prepare a library of nucleic acid fragments representative of a target nucleic acid such as DNA for sequencing. For example, its product literature states that the "One-step DNA Library Prep Kit for Illumina (for 50 ng DNA) is an optimized genomic library construction kit for the Illumina high-throughput sequencing platform, which is suitable for the amount of 50 ng input DNA."  (K1257 Protocol at 1; *see also* K1255 Protocol at 1; K1256 Protocol at 1.) |

1

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| (a) contacting a target nucleic acid with a plurality of transposomes, wherein the target nucleic acid is double-stranded DNA, and the transposomes comprise a transposase and a pair of transposon end polynucleotides; | APExBIO instructs customers to use the One-step DNA Library Prep Kit for Illumina (1 ng, 5 ng, and 50 ng DNA) to contact a target nucleic acid, such as double stranded DNA, with a plurality of transposomes, which comprise transposase and a pair of transposon end polynucleotides (Adapters 1 and 2 in the exemplary disclosure below). For example, its product literature states: "Traditional library construction generally includes multi-step operations such as DNA fragmentation, end repair and linker ligation, while our kit adopts One-step transposase method which can be completed in one-step reaction." (K1257 Protocol at 1; *see also* K1255 Protocol at 1; K1256 Protocol at 1.)<br><br>The product literature further explains: "Transposase Mix contains GenuinePrep transposase and two kinds of adapters (Adapter 1 and Adapter 2) with equal molar." (K1257 Protocol at 2; *see also* K1255 Protocol at 2; K1256 Protocol at 2.)<br><br><br><br>(K1257 Protocol at 2; *see also* K1255 Protocol at 2; K1256 Protocol at 2.)<br><br>GenuinePrep transposase is "a highly active mutant of wild type Tn5 Transposase and can efficiently insert Tn5 transposon into a target DNA sequence in vitro. . . The insertion site of GenuinePrep Tn5 Transposase has high randomness, and double-stranded DNA fragments containing paired recognition sequences can be randomly integrated into the genome of the host cells (in vitro transgene manipulation). In addition, GenuinePrep Tn5 Transposase often used in Next-Generation Sequencing (NGS) and other fields." (Webpage for GenuinePrep Tn5 Transposase https://www.apexbt.com/tn5-transposase.html.)<br><br>Adapters 1 and 2 are transposon end polynucleotides according to the above diagram and the below library sequence: |

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| | 2.   Library Structure<br><br>5'-AATGATACGGCGACCACCGAGATCTACAC(i5)TCGTCGGCAGCGTCAGATGTGTATAAGAGACA<br><br>G-XXXXXX-CTGTCTCTTATACACATCTCCGAGCCCACGAGAC(i7)ATCTCGTATGCCGTCTTCTGCTTG-3'<br><br>(i5): Index 2, 8 bases            (i7): Index 1, 8 bases<br><br>-XXXXXX-: Insert Sequence<br><br>(K1257 Protocol at 3; *see also* K1255 Protocol at 3; K1256 Protocol at 3.) |
| (b) incubating the target nucleic acid and transposomes under conditions whereby the target nucleic acid is fragmented into a plurality of nucleic acid fragments comprising one of the transposon end polynucleotides attached to an end of the nucleic acid fragments; and | APExBIO instructs customers to use the One-step DNA Library Prep Kit for Illumina (1 ng, 5 ng, and 50 ng DNA) to incubate the target nucleic acid and transposomes under conditions whereby the target nucleic acid is fragmented into a plurality of nucleic acid fragments comprising one of the transposon end polynucleotides attached to an end of the nucleic acid fragment. For example, its product literature states: "DNA fragmentation and end-linking were performed by incubating Transposase Mix with input DNA at 55℃ for 10 min."  (K1257 Protocol at 2; *see also* K1255 Protocol at 2; K1256 Protocol at 2.)<br><br>The fragmentation of the target nucleic acid into fragments comprising transposon end polynucleotides attached to an end of the nucleic acid fragments is also illustrated in the diagram below: |

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| | 

(K1257 Protocol at 2; *see also* K1255 Protocol at 2; K1256 Protocol at 2.)

The product literature also describes "DNA Tagmentation" steps as follows:

1. Thaw the 2X Tagmentation Buffer completely at room temperature and vortex to mix thoroughly (if it is precipitated, it can be heated at 37℃ to help dissolve).

2. Place the sterilized PCR tube on ice and prepare the reaction system according to the following table:

| Components | Volume |
|---|---|
| 2X Tagmentation Buffer | 10 µl |
| Transposase Mix | 5 µl |
| 1 ng/5 ng/50 ng DNA | X µl |
| Nuclease-free Water | X µl |
| Total Volume | 20 µl |

3. Use a pipette to gently blow until Mix thoroughly. The tube can be centrifuged instantaneously. |

| U.S. Patent No. 10,184,122 | Infringement |
|---|---|
| | 4. Put the reaction tube into a thermal cycler (choose the preheat lid option and set to 105℃), and run the following program:<br><br>&bull; 55℃ for 10 minutes<br>&bull; Hold at 10℃<br><br>5. Proceed to the next step immediately (50 ng DNA) / Immediately add 5 µl of 5X Stop Solution into the PCR tube after the reaction is completed, gently blow until thoroughly mixed, incubate at room temperature for 5 min and proceed to the next step immediately (1 ng and 5 ng DNA).<br><br>(K1257 Protocol at 3; *see also* K1255 Protocol at 3; K1256 Protocol at 3.) |
| (c) non-selectively amplifying the nucleic acid fragments, thereby obtaining a library of nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated. | APExBIO instructs customers to use the One-step DNA Library Prep Kit for Illumina (1 ng, 5 ng, and 50 ng DNA) in combination with APExBIO's Index Kits 1 and 2 for Illumina to non-selectively amplify the nucleic acid fragments, thereby obtaining a library of target nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated. For example, its product literature states that: "The tagged fragments can be further amplified with two pairs of primers, N5 (N5XX) and N7 (N7XX) and P5 and P7 (PCR Primer Mix) and the amplified product is subjected to size selection and purification to obtain the DNA library for sequencing on the Illumina platform." (K1257 Protocol at 2); "The tagged fragments can be further amplified with N5 (N5XX) and N7 (N7XX), and the amplified product is subjected to size selection and purification to obtain the DNA library for sequencing on the Illumina platform." (K1255 Protocol at 2; K1256 Protocol at 2.)<br><br>APExBIO's product literature further states that customers should select between Index Kit 1 for Illumina (APExBIO, Cat No. K1058), which provides "8 kinds of N5XX and 12 kinds of N7XX" and Index Kit 2 for Illumina (APExBIO, Cat. No. K1059), which provides "16 kinds of N6XX and 24 kinds of N8XX" "according to the number of samples and the strategy of Index selection." (K1257 Protocol at 5; *see also* K1255 Protocol at 4; K1256 Protocol at 4.)<br><br>Use of the Index Kits for the One-step DNA Library Prep Kit for Illumina leads to a "prepared library" that is "suitable for sequencing on the illumina platform such as HiSeq 2000/2500/3000/4000 and MiniSeq." (K1058 Protocol at 1; *see also* K1059 Protocol at 1.)<br><br>The step of non-selectively amplifying the nucleic acid fragments, thereby obtaining a library of target nucleic acid fragments that is representative of the target nucleic acid from which the fragments were generated is also shown in the diagram below: |

| **U.S. Patent No. 10,184,122** | **Infringement** |
|---|---|
|  | (K1257 Protocol at 2; *see also* K1255 Protocol at 2; K1256 Protocol at 2.) |